JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIEL DOMINGO ZENTENO NAJERA,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ, JR. et al,<br>Respondent. | Case No. 2:26-cv-06250-MAR<br><br>JUDGMENT |

Pursuant to the Order on Petition for Habeas Corpus, **IT IS HEREBY ADJUDGED** that the Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner Uriel Domingo Zenteno Najera (A-Number 200 232 355) on Petitioner's prior conditions of release, if any, return his belongings, and not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's

suitability for bond in light of the forgoing standard. The Court declares that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

Dated: July 24, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge